IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| PHILADELPHIA ENTERTAINMENT AND DEVELOPMENT PARTNERS, L.P., | : : : | |
| DEBTOR. | : | BANKRUPTCY NO. 14-12482-MDC |
| | | |
| PHILADELPHIA ENTERTAINMENT AND DEVELOPMENT PARTNERS, L.P., | : : | |
| PLAINTIFF, | : | |
| v. | : | ADVERSARY NO. 14-00255-MDC |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE, *ET AL.*, | : | |
| DEFENDANTS. | : | |

# **O R D E R**

**AND NOW**, upon consideration of the Defendants' Motion to Dismiss Adversary Complaint or, in the alternative, to Abstain (the "Motion"), filed by the Commonwealth of Pennsylvania, Department of Revenue and Commonwealth of Pennsylvania; the Answer in Opposition filed by Persil Mangeur LLC, as Liquidation Trustee, each of the parties' Memorandum of Law and arguments at the hearing held by this Court on November 14, 2014; and for the reasons set forth in this Court's accompanying Opinion, it is hereby **ORDERED**:

1. The Motion is **GRANTED**.

2. Counts I, II, III and IV of the Adversary Complaint are hereby **DISMISSED WITH PREJUDICE**.

3. Counts V, VI and VII of the Adversary Complaint are **DISMISSED WITHOUT PREJUDICE**.

Dated: April 8, 2016

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Jared D. Bayer, Esquire
Stephen A. Cozen, Esquire
F. Warren Jacoby, Esquire
Jennifer M. McHugh, Esquire
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA  19103

Vincent J. Marriott, II, Esquire
Jon T. Pearson, Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103

Courtroom Deputy
Eileen Godfrey

2