UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| PHILADELPHIA ENTERTAINMENT AND DEVELOPMENT PARTNERS, L.P., | : | |
| | : | |
| DEBTOR. | : | BANKRUPTCY NO. 14-12482-MDC |
| | | |
| PHILADELPHIA ENTERTAINMENT AND DEVELOPMENT PARTNERS, LP D/B/A FOXWOODS CASINO PHILADELPHIA | : : | |
| PLAINTIFF, | : | |
| v. | : | ADVERSARY NO. 14-00255-MDC |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE, *ET AL.*, | : | |
| DEFENDANTS. | : | |

# **O R D E R**

**AND NOW**, upon the *Defendants' Motion to Dismiss Adversary Complaint or, in the Alternative, to Abstain* (the "Motion to Dismiss")[1] in the above-captioned adversary proceeding.

**AND**, the Court having considered the Complaint, the Motion to Dismiss and the briefs and arguments in support and in opposition of the Motion to Dismiss.

**AND**, this Court having jurisdiction to consider the relief requested by the Motion to Dismiss in accordance with 28 U.S.C. §§157(b)(2)(H) and 1334.

It is hereby **FOUND** and **DETERMINED** that:

1. The Motion to Dismiss is **GRANTED**.

---
[1] Adv. Pro. Docket No. 13.

      2.     Counts II, III, and IV of the Complaint are **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6).

      3.     Counts I, V, VI, and VII of the Complaint having been previously dismissed by a final Order dated April 8, 2016, the Complaint is **DISMISSED** in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6).

Dated: December 31, 2019

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE